IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00225

ROCKY MOUNTAIN ORGANIC MEDICINE,
INC.,

        Petitioners,

    v.

UNITED STATES OF AMERICA,

        Respondent.

---

ORDER DISMISSING PETITION TO QUASH AND
ENFORCING SUMMONS ISSUED TO MJ FREEWAY

---

Upon consideration of the stipulation between the parties, IT IS HEREBY ORDERED THAT the Petitioner's claims against the United States are dismissed with prejudice. IT IS FURTHER ORDERED THAT MJ Freeway LLC shall respond to the summons issued to it by the Internal Revenue Service no later than thirty days following entry of this order.

DATED this 18th day of April, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge